IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01694-WYD-KLM

E&S LIQUORS, INC.; and
STEPHEN PILKINGTON,

      Plaintiffs,

v.

UNITED STATES FIDELITY & GUARANTY COMPANY,

      Defendant.

---

## ORDER

---

THIS MATTER is before the Court on Defendant' Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) and Plaintiffs' Response to Defendant's Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) and Memorandum Brief in Support Thereof.  Attached to the motion and the response are an affidavit and other evidence outside of the pleadings in this matter.

Pursuant to the Federal Rules, if a court considers matters outside of the pleadings, a motion to dismiss pursuant to Rule 12(b)(6) should be treated as a motion for summary judgment.  FED. R. CIV. P. 12(b); *Lucero v. Gunter*, 52 F.3d 874, 877 (10th Cir. 1995).  However, if the Court treats this motion as a motion for summary judgment, it fails to comply with this Court's Practice Standards.  Accordingly, it is hereby

ORDERED that Court on Defendant' Motion to Dismiss Under Fed.R.Civ.P. 12(b)(6) and Plaintiffs' Response to Defendant's Motion to Dismiss Under Fed.R.Civ.P.

12(b)(6) and Memorandum Brief in Support Thereof are **STRICKEN** with leave to refile.

Defendants may refile the motion within ten (10) days as a motion to dismiss without the

accompaniment of affidavits or other outside evidence.  In the alternative, Defendants

may refile the motion within ten (10) days as a motion for summary judgment in

compliance with this Court's Practice Standards.  If Defendants choose to refile the

motion as a motion for summary judgment, it is

FURTHER ORDERED that the Defendants who filed the Motion to Dismiss that

is the subject of this Order shall file an answer to the Complaint within twenty (20) days

of receipt of this Order. It is

FURTHER ORDERED that Plaintiffs shall file their response in accordance with

deadlines established in the local rules and in accordance with my practice standards.

Dated:  September 16, 2008

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge