IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01694-WYD-KLM

E&S LIQUORS, INC., and
STEPHEN PILKINGTON,

      Plaintiff,

v.

UNITES STATES FIDELITY & GUARANTY COMPANY,

      Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on **Plaintiffs' and Defendant's Stipulated Motion for Entry of Stipulated Protective Order** [Docket No. 42; Filed March 2, 2009] (the "Motion").

      IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

      IT IS FURTHER **ORDERED** that the Protective Order is **accepted** for filing and is entered as an Order of this Court with interlineations as of the date of this Minute Order.

      Dated: March 3, 2009