IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-01694-WYD-KLM

E&S LIQUORS, INC.; and
STEPHEN PILKINGTON,

    Plaintiffs,

v.

UNITED STATES FIDELITY & GUARANTY COMPANY,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court by stipulation. The Court having reviewed the stipulation, it is hereby

ORDERED that the Joint, Stipulated Motion to Dismiss with Prejudice [doc. #53, filed May 4, 2009] is **GRANTED** and this case is **DISMISSED WITH PREJUDICE**, each party to bear his or its own attorneys' fees and costs.

    Dated:  May 5, 2009

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    Chief United States District Judge